**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BARBARA DUNLAP**<br><br>                    Plaintiff,<br>       vs.<br><br>**CREDITORS INTERCHANGE, INC., JOHN DOES 1-10 AND X.Y.Z CORPORATIONS**<br><br>                    Defendants. | **Civil Action No. 2:11-cv-00952-JD** |

**DISCLOSURE STATEMENT FORM PURSUANT TO F.R.C.P. 7.1**

Please check one box:

☒   The nongovernmental corporate party, <u>Creditors Interchange Receivable Management, LLC</u>, a foreign corporation, in the above listed civil action, does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐   The nongovernmental corporate parties, _____, in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____


Date: **February 14, 2011**       By:   **_(s) Ronald M. Metcho II_ /rmm5150**
                                        Attorneys for Defendant
                                        Creditors Interchange Receivable
                                        Management, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA DUNLAP**<br><br>                   Plaintiff,<br>     vs.<br><br>**CREDITORS INTERCHANGE, INC., JOHN DOES 1-10 AND X.Y.Z CORPORATIONS**<br><br>                   Defendants. | **Civil Action No. 2:11-cv-00952-JD** |

## CERTIFICATE OF SERVICE

I, Ronald M. Metcho, Esquire, do hereby certify that a true and correct copy of Creditors Interchange Receivable Management, LLC 's **Rule 7.1 Disclosure Statement Form** was served upon counsel of record by ECF on **February 14, 2011**.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By:   *(s) Ronald M. Metcho II /rmm5150*
        Attorneys for Defendant
        Creditors Interchange Receivable
        Management, LLC

01/6167691.v1